GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
VICKI DRISCOLL, ESQ.
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
WALGREEN CO.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARLENE CRIBBS, | ) |
| | ) Case No.: 2:22-cv-01167-JCM-NJK |
| Plaintiff, | ) |
| vs. | ) |
| WALGREEN CO. dba WALGREENS, a Foreign Corporation; DOE EMPLOYEES OF WALGREENS, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SHARLENE CRIBBS, and Defendant, WALGREEN CO., by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the defendant, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

. . .

. . .

1

Further, and any other hearings currently on calendar for this matter are hereby VACATED.

March 23, 2023.                                    March 24th, 2023.

**HICKS & BRASIER, PLLC**                          **RANALLI ZANIEL FOWLER & MORAN, LLC**

_/s/_                                              _/s/ 10934_
BETSY JEFFERIS-AGUILAR, ESQ.                       GEORGE M. RANALLI, ESQ.
Nevada Bar No. 12980                               Nevada Bar No. 5748
2630 S. Jones Boulevard                            **VICKI DRISCOLL, ESQ.**
Las Vegas, Nevada 89146                            Nevada Bar No. 3939
Attorney for Plaintiff                             2340 W. Horizon Ridge Parkway, Suite 100
                                                   Henderson, Nevada 89052
                                                   Attorneys for Defendant

2

Cribbs v. Walgreen Co.<br>2:22-cv-01167-JCM-NJK

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims in this matter against Defendant, WALGREEN CO., be dismissed with prejudice; each party to bear their own fees and costs.

**FURTHER, IT IS HEREBY ORDERED** that any other hearings currently on calendar for this matter are hereby VACATED.

Dated: March 24, 2023

_____
U.S. District Judge

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

_____/0934_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendant
WALGREEN CO.

3